UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| PETER J. STOCCO and KRISTINE KMERA, | ) ) ) | Case No. 09-41270 |
| | ) | |
| Debtors. | ) | Honorable Pamela S. Hollis |

**FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final application for compensation and reimbursement of expenses and represents to the Court as follows:

1.  The Debtors filed their voluntary petition under Chapter 7 on October 30, 2009.

2.  The first meeting of creditors was scheduled on December 23, 2009.

3.  On February 18, 2010, an order was entered approving the employment of U&H as counsel for the Trustee. A copy of the February 18, 2010 Order approving the employment of Ungaretti & Harris LLP as counsel for Trustee is attached hereto as Exhibit "A."

4.  U&H is requesting the allowance and payment of $2,961.00, in compensation for 12.20 hours of services performed during the period from January 26, 2010 through July 30, 2010.

5.  A description of the nature of the services rendered and the major activities undertaken by U&H on behalf of the Trustee in this case are as follows:

6.  <u>Employment of Bankruptcy Counsel</u>. U&H provided 2.20 hours of services to the Trustee with a value of $549.00 in connection with the Trustee's motion to employ U&H as his

bankruptcy counsel. The services included drafting the motion, the declaration and the proposed order, and attending the hearing on the motion, which was granted on February 18, 2010.

7.   <u>Sale of Debtors' Interest in Real Property</u>. U&H provided 6.90 hours of services to the Trustee with a value of $1,714.50 in connection with the Trustee's sale of Debtors' interest in a residence occupied by the Debtors' parents. These services included conferences and correspondence with the Trustee and the Debtors' counsel regarding the terms of the proposed sale. Counsel for the Trustee also drafted the sale documents and the Trustee's motion to sell. After the sale was approved, U&H assisted the Trustee in closing the sale.

8.   <u>Claims Review</u>. U&H provided 3.10 hours of services to the Trustee with a value of $697.50 related to the Trustee's request for additional documentation and/or information from various claimants who had filed proofs of claims. These services included a review of the claims and contacting certain claimants to request additional information and/or documentation for various claims filed in the bankruptcy case.

9.   <u>Summary of Services</u>. The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
|---|---|---|
| Employment of Bankruptcy Counsel | 2.20 | $549.00 |
| Sale of Debtors' Interest in Real Property | 6.90 | $1,714.50 |
| Claims Review | 3.10 | $697.50 |
| **TOTALS** | **12.20** | **$2,961.00** |

10.  Attached as Exhibit "B" is an itemized statement of the legal services rendered by U&H. The statement reflects the legal services rendered, the time expended and a description of the work performed.

11.  The time expended and services rendered by the individual U&H attorneys are summarized as follows:

2

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| R. Scott Alsterda | 0.80 | $495.00 | 396.00 |
| Patrick F. Ross | 11.40 | $225.00 | $2,565.00 |
| **TOTAL** | **12.20** | | **$2,961.00** |

12. Exhibit "B" also includes an itemized statement of the actual expenses incurred by U&H in connection with its representation of the Trustee. These expenses include postage in the amount of $37.82 and copying expenses in the amount of $36.70 at 10 cents per page for a total of $74.52.

13. Based on the nature, extent and value of services performed by U&H, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

14. At all times during U&H's representation of the Trustee, U&H was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which U&H was employed.

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount of $2,961.00 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $74.52.

DATE: July 27, 2012

Respectfully Submitted

UNGARETTI & HARRIS LLP

/s/ R. Scott Alsterda

Of Counsel:
R. SCOTT ALSTERDA (ARDC 3126771)
UNGARETTI & HARRIS, LLP
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL  60602-4283
312-977-9203
312-977-4405 (Fax)
rsalsterda@uhlaw.com

3