# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STOCCO, PETER J | § | Case No. 09-41270 PSH |
| KMERA, KRISTINE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/13/2012 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ R. SCOTT ALSTERDA, TRUSTEE


*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
STOCCO, PETER J § Case No. 09-41270 PSH
KMERA, KRISTINE §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,003.85 |
| and approved disbursements of | $ | 127.30 |
| leaving a balance on hand of[1] | $ | 9,876.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 1,750.39 | $ 0.00 | $ 1,750.39 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 2,961.00 | $ 0.00 | $ 2,961.00 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 74.52 | $ 0.00 | $ 74.52 |
| Other: International Sureties, Ltd. | $ 15.97 | $ 15.97 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 4,785.91 |
| Remaining Balance | $ | 5,090.73 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,197.87  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | OPHRYS LLC | $ 12,561.74 | $ 0.00 | $ 446.57 |
| 000002 | NORDSTROM fsb | $ 856.28 | $ 0.00 | $ 30.44 |
| 000003 | DISCOVER BANK | $ 11,282.87 | $ 0.00 | $ 401.11 |
| 000004 | Liberty Mutual | $ 12,675.00 | $ 0.00 | $ 450.60 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | $ 3,571.03 | $ 0.00 | $ 126.95 |
| 000006 | Chase Bank USA, N.A. | $ 10,273.33 | $ 0.00 | $ 365.22 |
| 000007 | Chase Bank USA, N.A. | $ 4,613.15 | $ 0.00 | $ 164.00 |
| 000008 | Chase Bank USA, N.A. | $ 10,305.94 | $ 0.00 | $ 366.38 |
| 000009 | Chase Bank USA, N.A. | $ 245.52 | $ 0.00 | $ 8.73 |
| 000010 | Capital Recovery III LLC As Assignee of HSBC RETAI | $ 3,007.63 | $ 0.00 | $ 106.92 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000011 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 377.85 | $ 0.00 | $ 13.43 |
| 000012 | GE Money Bank dba JCPENNEY CREDIT SERVICES | $ 202.24 | $ 0.00 | $ 7.19 |
| 000013 | U.S. Bank N.A. | $ 11,362.97 | $ 0.00 | $ 403.96 |
| 000014 | Fia Card Services, NA/Bank of America | $ 11,815.26 | $ 0.00 | $ 420.04 |
| 000015 | HSBC Bank Nevada, N.A. (Menards) | $ 50,047.06 | $ 0.00 | $ 1,779.19 |
| 000016 | NCO PORTFOLIC MANAGEMENT | $ 0.00 | $ 0.00 | $ 0.00 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured creditors | $ 5,090.73 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-41270-PSH
Peter J Stocco                                                      Chapter 7
Kristine Kmera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: pgordon              Page 1 of 3              Date Rcvd: Aug 10, 2012
                                Form ID: pdf006            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2012.
db/jdb      #+Peter J Stocco,    Kristine Kmera,    10 Forest Cove Court,    Streamwood, IL 60107-2197
aty           Erica R Cortez,    Ungaretti & Harris LLP,    3500 Three First National Plaza,    Chicago, IL  60602
14668110     +Allied Interstate Inc,    12655 N Central Expressway #650,    Dallas, TX 75243-3723
14668112     +Bank of America Home Loans,    450 American St,    Simi Valley, CA 93065-6285
14668113     +Barclays Bank,    125 South West Street,    Wilmington, DE 19801-5014
14668114     +Bernadine Skokowski,    608 N Edgewood,    Lombard, IL 60148-1940
15065544      CAPITAL ONE BANK (USA), N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,    PO Box 71083,
               Charlotte, NC  28272-1083
14668115     +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
14668116     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15100633      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14668117     +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
14668118     +Chase- Bp,    800 Brooksedge Blv,    Westerville, OH 43081-2822
14668120     +DuPage Medical Group,    1860 Paysphere Circle,    Chicago, IL 60674-0018
14668121      Forest Cove Remodeling, Inc.,    10 Forest Cove Ct,    Streamwood, IL 60107-2197
15487766     +HSBC Bank Nevada, N.A. (Menards),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
14668125     +HSBC/Menards,    90 Christiana Road,    New Castle, DE 19720-3118
14668124      Home Depot Credit Services,    PO Box 689147,    Des Moines, IA 50368
14668126     +Liberty Mutual,    c/o McMahan & Sigunick, Ltd.,    412 S Wells, 6th Floor,
               Chicago, IL 60607-3972
14668127     +McMahan & Sigunick, Ltd,    412 S Wells St - 6th Floor,    Chicago, IL 60607-3972
17082796      NCO PORTFOLIO MANAGEMENT,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14668130     +Paula Stoia,    810 Red Oak,    Bartlett, IL 60103-2105
14668131     +Pella Windows and Doors,    2505 Enterprise Circle,    West Chicago, IL 60185-9605
15416604     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH  45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15105989     +E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2012 02:05:02
               Capital Recovery III LLC As Assignee of HSBC RETAI,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15044771      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2012 02:35:02       DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14668119      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2012 02:35:02       Discover Financial Services,
               PO Box 15316,    Wilmington, DE 19850
15464840      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 11 2012 02:03:16
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
15297065     +E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2012 02:05:02
               GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14668122     +E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2012 02:05:02
               GE Money Bank(JCPenney Credit Servics),    c/o Recovery Management Systems Corp,
               25 S.E.  2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14668123     +E-mail/Text: ally@ebn.phinsolutions.com Aug 11 2012 00:19:17       GMAC,    PO Box 9001951,
               Louisville, KY 40290-1951
15027684     +E-mail/Text: bnc@nordstrom.com Aug 11 2012 00:17:17       NORDSTROM fsb,    POB 6566,
               ENGLEWOOD CO 80155-6566
14668128     +E-mail/Text: cgraham@nci.com Aug 11 2012 00:24:05       Network Communications, Inc,
               2305 Newpoint Parkway,    Lawrenceville, GA 30043-5539
14668129     +E-mail/Text: bnc@nordstrom.com Aug 11 2012 00:17:17       Nordstrom Fsb,    Po Box 6565,
               Englewood, CO 80155-6565
15020419     +E-mail/Text: bncmail@w-legal.com Aug 11 2012 00:23:05       OPHRYS LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Ungaretti & Harris LLP
14668132*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank/Na Nd,    4325 17th Ave S,    Fargo, ND 58125)
14668111    ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: pgordon            Page 2 of 3             Date Rcvd: Aug 10, 2012
                              Form ID: pdf006          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2012**                         **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: pgordon              Page 3 of 3                  Date Rcvd: Aug 10, 2012
                               Form ID: pdf006            Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2012 at the address(es) listed below:
          Patrick F Ross   on behalf of Trustee R Alsterda pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfeibus@uhlaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          R Scott Alsterda   on behalf of Trustee R Alsterda rsalsterda@uhlaw.com
          R Scott Alsterda   rsalsterda@uhlaw.com, ralsterda@ecf.epiqsystems.com
          Stewart A Chapman   on behalf of Creditor  BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. northerndistrict@atty-pierce.com
          Vincent C Argento   on behalf of Debtor Peter Stocco vince@argentolaw.com
                                                                                       TOTAL: 6