UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
STOCCO, PETER J § Case No. 09-41270
KMERA, KRISTINE §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America Home Loans 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Home Loans 450 American St Simi Valley, CA 93065 | | | | | |
| | Bank of America Home Loans 450 American St Simi Valley, CA 93065 | | | | | |
| | GMAC PO Box 9001951 Louisville, KY 40290 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate Inc 12655 N Central Expressway #650 Dallas, TX 75243 | | | | | |
| | Bank of America PO Box 17054 Wilmington, DE 19850 | | | | | |
| | Barclays Bank 125 South West Street Wilmington, DE 19801 | | | | | |
| | Capital One PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Capital One PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Chase Card Services PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase- Bp 800 Brooksedge Blv Westerville, OH 43081 | | | | | |
| | Discover Financial Services PO Box 15316 Wilmington, DE 19850 | | | | | |
| | DuPage Medical Group 1860 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Forest Cove Remodeling, Inc. 10 Forest Cove Ct Streamwood, IL 60107-2197 | | | | | |
| | G.E. Money Bank/Jcp Po Box 981402 El Paso, TX 79998 | | | | | |
| | G.E. Money Bank/Jcp Po Box 981402 El Paso, TX 79998 | | | | | |
| | HSBC/Menards 90 Christiana Rd New Castle, DE 19720 | | | | | |
| | HSBC/Menards 90 Christiana Road New Castle, DE 19720 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot Credit Services PO Box 689147 Des Moines, IA 50368 | | | | | |
| | Liberty Mutual c/o McMahan & Sigunick, Ltd. 412 S Wells, 6th Floor Chicago, IL 60607 | | | | | |
| | Network Communications, Inc 2305 Newpoint Parkway Lawrenceville, GA 30043 | | | | | |
| | Nordstrom Fsb Po Box 6565 Englewood, CO 80155 | | | | | |
| | Pella Windows and Doors 2505 Enterprise Circle West Chicago, IL 60185 | | | | | |
| | US Bank/Na Nd 4325 17th Ave S Fargo, ND 58125 | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000010 | CAPITAL RECOVERY III LLC AS ASSIGNE | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000011 | GE MONEY BANK DBA JCPENNEY CREDIT S | | | | | |
| 000012 | GE MONEY BANK DBA JCPENNEY CREDIT S | | | | | |
| 000015 | HSBC BANK NEVADA, N.A. (MENARDS) | | | | | |
| 000004 | LIBERTY MUTUAL | | | | | |
| 000002 | NORDSTROM FSB | | | | | |
| 000001 | OPHRYS LLC | | | | | |
| 000013 | U.S. BANK N.A. | | | | | |
| 000016 | NCO PORTFOLIO MANAGEMENT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-41270 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | STOCCO, PETER J | | | Date Filed (f) or Converted (c): | 10/30/09 (f) |
| | KMERA, KRISTINE | | | 341(a) Meeting Date: | 12/23/09 |
| For Period Ending: | 11/12/12 | | | Claims Bar Date: | 04/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence: Location: 10 Forest Cove | 337,000.00 | 0.00 | | 0.00 | FA |
| 2. Investment Property (Townhome) Location: 550 Count | 47,500.00 | 0.00 | | 10,000.00 | FA |
| 3. TCF 55+ Checking - Acct. #7439736013 800 Burr Ridg | 0.15 | 0.00 | | 0.00 | FA |
| 4. TCF National Bank 55+ Checking - Acct. #3875903963 | 90.00 | 0.00 | | 0.00 | FA |
| 5. TCF National Bank Acct. #4867750532 800 Burr Ridge | 0.00 | 0.00 | | 0.00 | FA |
| 6. TCF National Bank Acct. #9875762922 800 Burr Ridge | 40.00 | 0.00 | | 0.00 | FA |
| 7. Charter One (Forest Cove Remodeling) | 100.00 | 0.00 | | 0.00 | FA |
| 8. Family room: 1 sofa, 1 loveseat, ottoman, armoire, | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous jewelry Location: 10 Forest Cove Cou | 500.00 | 0.00 | | 0.00 | FA |
| 10. Western National Life Insurance Company (f/k/a) AI | 17,000.00 | 0.00 | | 0.00 | FA |
| 11. 401K Vanguard Institutional Participant Services P | 81,910.45 | 0.00 | | 0.00 | FA |
| 12. 2005 Chevrolet Trailblazer Location: 10 Forest Cov | 10,000.00 | 0.00 | | 0.00 | FA |
| 13. 2003 Chevrolet Pick Up Truck | 4,800.00 | 0.00 | | 0.00 | FA |
| 14. 1 table saw, 1 wet saw, 1 jamb saw, 1 Makita saw, | 785.00 | 0.00 | | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.02 | Unknown |

| | | | | | Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $502,225.60 | $0.00 | | $10,004.02 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 06/30/10     Current Projected Date of Final Report (TFR): 07/30/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-41270 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | STOCCO, PETER J / KMERA, KRISTINE | Bank Name: | ASSOCIATED BANK |
| Taxpayer ID No: | *******7540 | Account Number / CD #: | *******9727 Checking Account |
| For Period Ending: | 11/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,876.72 | | 9,876.72 |
| 09/20/12 | 030001 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.39 | 8,126.33 |
| 09/20/12 | 030002 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,961.00 | 5,165.33 |
| 09/20/12 | 030003 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 74.52 | 5,090.81 |
| 09/20/12 | 030004 | OPHRYS LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000001, Payment 3.55508% | 7100-000 | | 446.58 | 4,644.23 |
| 09/20/12 | 030005 | NORDSTROM fsb<br>POB 6566<br>ENGLEWOOD CO 80155 | Claim 000002, Payment 3.55491% | 7100-000 | | 30.44 | 4,613.79 |
| 09/20/12 | 030006 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000003, Payment 3.55512% | 7100-000 | | 401.12 | 4,212.67 |
| 09/20/12 | 030007 | Liberty Mutual<br>c/o McMahan & Sigunick, Ltd.<br>412 S Wells, 6th Floor<br>Chicago, IL 60607 | Claim 000004, Payment 3.55511% | 7100-000 | | 450.61 | 3,762.06 |
| 09/20/12 | 030008 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 3.55500% | 7100-000 | | 126.95 | 3,635.11 |
| 09/20/12 | 030009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 3.55513% | 7100-000 | | 365.23 | 3,269.88 |
| 09/20/12 | 030010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 3.55505% | 7100-000 | | 164.00 | 3,105.88 |
| 09/20/12 | 030011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 3.55513% | 7100-000 | | 366.39 | 2,739.49 |
| 09/20/12 | 030012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 3.55572% | 7100-000 | | 8.73 | 2,730.76 |
| 09/20/12 | 030013 | Capital Recovery III LLC As Assignee of HSBC RETAI<br>Care of Recovery Management Systems | Claim 000010, Payment 3.55496% | 7100-000 | | 106.92 | 2,623.84 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-41270 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | STOCCO, PETER J | Bank Name: | ASSOCIATED BANK |
| | KMERA, KRISTINE | Account Number / CD #: | *******9727 Checking Account |
| Taxpayer ID No: | *******7540 | | |
| For Period Ending: | 11/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | | | | | |
| 09/20/12 | 030014 | GE Money Bank dba JCPENNEY CREDIT SERVICES<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000011, Payment 3.55432% | 7100-000 | | 13.43 | 2,610.41 |
| 09/20/12 | 030015 | GE Money Bank dba JCPENNEY CREDIT SERVICES<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000012, Payment 3.55518% | 7100-000 | | 7.19 | 2,603.22 |
| 09/20/12 | 030016 | U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000013, Payment 3.55506% | 7100-000 | | 403.96 | 2,199.26 |
| 09/20/12 | 030017 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000014, Payment 3.55506% | 7100-000 | | 420.04 | 1,779.22 |
| 09/20/12 | 030018 | HSBC Bank Nevada, N.A. (Menards)<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Claim 000015, Payment 3.55509% | 7100-000 | | 1,779.22 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 09-41270 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | STOCCO, PETER J / KMERA, KRISTINE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5456 BofA - Money Market Account |
| Taxpayer ID No: | *******7540 | | |
| For Period Ending: | 11/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/10 | 2 | US Bank Cashier's Check Remitter: (Bernadine Skokowski) 608 North Edgewood Lombard, IL 60148 | Real Estate Sale Proceeds | 1110-000 | 10,000.00 | | 10,000.00 |
| 04/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 10,000.20 |
| 05/28/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.45 |
| 06/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.70 |
| 07/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,000.95 |
| 08/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,001.21 |
| 09/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,001.46 |
| 10/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,001.71 |
| 11/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,001.96 |
| 12/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,002.21 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 10,002.46 |
| 02/07/11 | 000301 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 8.00 | 9,994.46 |
| 02/28/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,994.54 |
| 03/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,994.62 |
| 04/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,994.70 |
| 05/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,994.79 |
| 06/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,994.87 |
| 07/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,994.95 |
| 08/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,995.04 |
| 09/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,995.12 |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,995.20 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.73 | 9,982.47 |
| 11/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,982.55 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.31 | 9,970.24 |
| 12/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,970.32 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.29 | 9,958.03 |
| 01/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,958.12 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.06 | 9,945.06 |
| 02/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,945.14 |
| 02/29/12 | 000302 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 7.97 | 9,937.17 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.82 | 9,925.35 |
| 03/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,925.43 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.20 | 9,913.23 |
| 04/30/12 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,913.31 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.59 | 9,900.72 |
| 05/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,900.80 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.58 | 9,888.22 |
| 06/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,888.30 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.75 | 9,876.55 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 09-41270 -PSH | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | STOCCO, PETER J | Bank Name: | BANK OF AMERICA, N.A. |
| | KMERA, KRISTINE | Account Number / CD #: | *******5456 BofA - Money Market Account |
| Taxpayer ID No: | *******7540 | | |
| For Period Ending: | 11/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,876.64 |
| 08/31/12 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,876.72 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,876.72 | 0.00 |

**Total Of All Accounts**    **0.00**